DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Blackstock<br><br>Case below:<br>165 N.C. App. 50 | No. 410P04 | 1. Def's NOA Based Upon a Substantial Constitutional Question (COA03-732)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 02/03/05<br><br>3. Denied 02/03/05 |
| State v. Carrillo<br><br>Case below:<br>164 N.C. App. 204 | No. 267P04 | 1. Def's Notice of Appeal Based Upon a Substantial Constitutional Question (COA03-725)<br><br>2. Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu 02/03/05<br><br>2. Denied 02/03/05 |
| State v. Carrothers<br><br>Case below:<br>164 N.C. App. 411 | No. 312P04 | Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-275) | Denied 02/03/05 |
| State v. Chance<br><br>Case below:<br>167 N.C. App. 655 | No. 035P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-606)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 02/03/05<br><br>3. Denied 02/03/05 |
| State v. Ellis<br><br>167 N.C. App. 276 | No. 638P04 | AG's Motion for Temporary Stay (COA03-1065) | 1. Allowed pending determination of the AG's PDR **12/23/04** |
| State v. Engleburt<br><br>167 N.C. App. 371 | No. 019P05 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA03-1550)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 02/03/05<br><br>3. Denied 02/03/05 |
| State v. Fessler<br><br>Case below:<br>166 N.C. App. 515 | No. 550P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1246) | Denied 02/03/05 |
| State v. Garza<br><br>Case below:<br>167 N.C. App. 656 | No. 006P05 | Defendant-Appellant's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1330) | Denied 02/03/05 |